**FILED**
CLERK, U.S. DISTRICT COURT
5/15/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: vmm    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. LIMING LI, DEFENDANT(S). | CASE NUMBER 23-MJ-223 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _May 22,_, _2023_, at _9:00_ ☒ a.m. / ☐ p.m. before the Honorable _Charles F. Eick_, in Courtroom _750_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _May 15, 2023_

/s/ Charles F. Eick
U.S. ~~District Judge~~/Magistrate Judge